IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 16-80869  
Attorney: L. LARAMIE HENRY  
Chapter 13

Patrick Allen Becker

DEBTOR(S)

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has not been previously confirmed.

2. Debtor did not attend a Section 341 Meeting.

3. Payments to the Plan have not been made in the amount of $200.00. The plan is delinquent in the amount of $200.00.

4. Income and Expenses from Schedules I and J are:
   Income **$3,902.73** Expenses **$3,702.00** Disposable Income **$200.73**

5. Objections to Confirmation:
   1. The debtor(s) has/have failed to attend the meeting of creditors held pursuant to 11 U.S.C. §341(a). Debtor was given three opportunities to attend the meeting of creditors. The case should be dismissed with a finding under Section 109(g).
   2. The debtor(s) has/have a domestic support obligation that falls under the definition of 11 U.S.C. § 101 (14A); however, debtor(s) has/have not provided the address of the holder of the claim, thereby, creating a hardship for the trustee to provide notice in compliance with 11 U.S.C. § 1302 (d).
   3. The plan is not in compliance with 11 U.S.C. § 1322(a)(2) and 11 U.S.C. §507 as it fails to pay all priority claims in full. The plan does not fully provide for the priority claim of the Louisiana Department of Revenue in the amount of $2,033.12.
   4. The Trustee reserves the right to raise additional objections pending examination of Debtor(s) at the meeting of creditors.

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 5th day of January, 2017.

Jon C. Thornburg, Trustee  
Ryan Robison, Staff Attorney (Bar Roll #30695)  
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)